UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KARLA EDMUNDSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | **JUDGMENT** <br><br> 5:23-CV-34-BO-KS |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This judgment filed and entered on July 17, 2023, and served on:**
Charlotte Williams Hall (via CM/ECF NEF)
Brittany Gigliotti (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)
Thomas Zimarowski (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

July 17, 2023

 /s/ Lindsay Stouch
By: Deputy Clerk